UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV19-01898 JAK (AGRx) | Date | May 15, 2020 |
| Title | Judy Baldwin v. Washington Mutual Bank, FA, et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Cheryl Wynn | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) ORDER DISMISSING CASE JS-6

On March 14, 2019, Judy Baldwin ("Plaintiff") brought this action asserting claims against Defendants Washington Mutual Bank, F.A. ("Washington"); California Reconveyance Corp. ("CRC"); ALAW; JP Morgan Chase Bank, N.A. ("Chase"); U.S. Bank NA, Successor Trustee to Bank of America, NA, Successor in Interest to LaSalle Bank NA, as Trustee, on Behalf of the Holders of WAMU Mortgage Pass-Through Certificates, Series 2005-AR17 ("U.S. Bank"); Quality Loan Service Corp. ("Quality"); and Select Portfolio Servicing ("Select") (collectively, "Defendants"). Dkt. 1.

On December 26, 2019, the Motion for More Definite Statement and Motion to Dismiss Plaintiff's Complaint filed by Select and U.S. Bank (Dkt. 6) and the Joinder to Motion for More Definite Statement and Motion to Dismiss filed by Chase (Dkt. 17) was granted. That order stated:

> To the extent that the claims are based on theories of non-consummation or recession, or relate to the April 2010 Notice of Default and arise under Cal. Civ. Code § 2923, they are dismissed with prejudice. To the extent that the claims arise under RESPA or other theories of liability, they are dismissed without prejudice; provided, however, that any amended Complaint must comply with Fed. R. Civ. P. 8 and 10.

Dkt. 22 at 2. The order directed Plaintiff to file any amended complaint by January 16, 2020. Dkt. 23. No complaint was timely filed. *See* Chase's Notice of Non-Filing of Amended Complaint (Dkt. 26).

On January 30, 2020, an order issued that provided Plaintiff with a final opportunity to file any amended complaint, with a deadline of February 14, 2020. Dkt. 27. The Order expressly stated that failure to comply would result in dismissal of the action for failure to prosecute and to comply with court orders. *Id.* at 1.

Plaintiff has failed to comply with the most recent Order. *See* Select and U.S. Bank's Notice of Non-Filing of Amended Complaint (Dkt. 31). Therefore, due to this pattern of failing to prosecute or to comply with the Orders issued in this action, this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV19-01898 JAK (AGRx) | Date | May 15, 2020 |
| Title | Judy Baldwin v. Washington Mutual Bank, FA, et al. | | |

 : 

Initials of Preparer    cw